IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN RE: ) | |
| MARK STEPHEN NEIGHBORS and ) | Case No. 11-21003 |
| SHELLY KAY NEIGHBORS, ) | Chapter 11 |
|     Debtors. ) | |
| ) | |
| ) | |
| MARK STEPHEN NEIGHBORS and ) | Adversary Proceeding 15-06106 |
| SHELLY KAY NEIGHBORS, ) | |
|     Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| CITIMORTGAGE, INC., ) | |
|     Defendant. ) | |

**DEFENDANT CITIMORTGAGE, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Bankr. P. 7007.1(a), Defendant CitiMortgage, Inc. states the following:

    1.    70% of the shares of CitiMortgage, Inc. are owned by Citibank, N.A. and the remaining 30% are owned by Citigroup Retail Services LLC.

    2.    80% of the shares of Citi Retail Service LLC are owned by Citicorp USA; 15% of the shares of Citigroup Retail Services LLC are owned by CFNA Receivables (DE), Inc.; 3% of the shares of Citigroup Retail Services LLC are owned by CFNA Receivables (MD), Inc.; and the remaining 2% of the shares of Citigroup Retail Services LLC are owned by CFNA Receivables (NC), Inc.

    3.    Citicorp USA, CFNA Receivables (DE), Inc., CFNA Receivables (MD), Inc., and CFNA Receivables (NC), Inc. are all wholly-owned subsidiaries of Citibank, N.A.

    4.    Citibank, N.A. is a wholly-owned subsidiary of Citicorp. Citicorp is a wholly owned subsidiary of Citigroup Inc. Citigroup Inc. is a publicly traded corporation.

WA 7584412.3

Respectfully submitted,

SPENCER FANE LLP

s/ Kersten L. Holzhueter

| Eric L. Johnson | KS# 20542 |
| Kersten L. Holzhueter | KS# 24885 |

1000 Walnut St., Suite 1400
Kansas City, MO 64106
Telephone: 816-474-8100
Facsimile: 816-474-3216
ejohnson@spencerfane.com
kholzhueter@spencerfane.com
Attorneys for CitiMortgage, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2015, a true and correct copy of the foregoing was electronically filed with the court using the CM/ECF system, which sent notification to all parties of interest participating in the CM/ECF system.

/s/ Kersten L. Holzhueter
Attorney for CitiMortgage, Inc.